# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER SEVIER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82928

FILED

JUN 2 3 2021

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks a writ directing the district court to comply with this court's order of reversal and remand entered in Docket No. 74542 on March 15, 2019.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cadish

cc:    Alexander Sevier
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk